IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:24-93 |
| ) | 18 U.S.C. §1028A |
| ) | 18 U.S.C. §1344(2) |
| vs. ) | 18 U.S.C. §1543 |
| ) | |
| ) | |
| **MARILYN CLOSE** ) | **INDICTMENT** |

## COUNT ONE
(Bank Fraud)

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

1. V.C.P., a person known to the Grand Jury, held a deposit account at South Carolina Federal Credit Union bearing the account number ending in 4457.

2. South Carolina Federal Credit Union is a financial institution insured by the National Credit Union Administration (NCUA).

3. I.S.C., a person known to the Grand Jury, holds a valid passport issued by the United States Department of State with a unique identification number.

### SCHEME AND ARTIFACE TO DEFRAUD

4. Beginning at a time unknown to the Grand Jury, and continuing until on or about November 7, 2023, in the District of South Carolina, the defendant, **MARILYN CLOSE,** engaged in a scheme to defraud South Carolina Federal Credit Union of funds by presenting false and fraudulent identification information relating to V.C.P. and I.S.C.

5. In order to effectuate the scheme, **MARILYN CLOSE** presented a false and fraudulent passport card bearing the name and date of birth of V.C.P. The false and fraudulent passport card also bore the unique passport number of I.S.C. The false and fraudulent passport card bore a photograph of **MARILYN CLOSE**.

6. **MARILYN CLOSE** used the false and fraudulent passport card bearing the name V.C.P. and the passport number of I.S.C. to attempt to withdraw $3,500 from the account ending in 4457.

7. That on or about November 7, 2023, in the District of South Carolina, the defendant, **MARILYN CLOSE**, did knowingly execute a scheme or artifice to defraud a financial institution, South Carolina Federal Credit Union, and attempted to obtain moneys, funds, credits, assets, securities, or other property owned by and under the custody and control of South Carolina Federal Credit Union by means of false and fraudulent pretenses, representations, or promises.

In violation of Title 18, United States Code, Section 1344(2).

## COUNT TWO
(Forgery or false use of Passport)

8.     That on or about November 7, 2023, in the District of South Carolina and elsewhere, the defendant, **MARILYN CLOSE**, willfully and knowingly did make, forge, counterfeit, mutilate, and alter a passport and instrument purporting to be a passport issued under the authority of the United States and used said passport and instrument purporting to be a passport to attempt to withdraw money from the account of V.C.P. at South Carolina Federal Credit Union;

In violation of Title 18, United States Code, Section 1543.

## COUNT THREE
(Aggravated Identity Theft)

9.     That on or about November 7, 2023, in the District of South Carolina, and elsewhere, the defendant, **MARILYN CLOSE**, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Bank Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.



A <u>True</u> BILL

**FOREPERSON**

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *Scott Matthews*
Jonathan Scott Matthews (Fed. ID #13779)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-343-3163
Fax: 803-254-2912
Email: Jonathan.Matthews2@usdoj.gov