RECORD OF GRAND JURY BALLOT

C/R  3:24-93

UNITED STATES OF AMERICA v. MARILYN CLOSE

(SEALED UNTIL FURTHER ORDER OF THE COURT)